COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Esseabasi Samuel Williams v. The State of Texas

Appellate case number:      01-15-00736-CR

Trial court case number:    1455285

Trial court:                263rd District Court of Harris County

On September 10, 2015, the Court granted the letter-motion to supplement the record by filed by the appellant, Esseabasi Samuel Williams. On November 10, 2015, a supplemental clerk's record with the trial court's findings of fact and conclusions of law was filed. On November 13, 2015, a compliant second supplemental clerk's record was filed with the trial court's amended certification of appellant's right of appeal and a compliant abatement hearing record were filed in this Court. The amended certification states that this is a plea-bargain case, but that matters were raised by written motion filed and ruled upon before trial, and not rule withdrawn or waived, and that appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(a)(2)(A), (d). On November 17, 2015, a reporter's record for the pre-sentence investigation hearing/sentencing was filed. Because the clerk's record was filed on September 29, 2015, the record is complete.

Accordingly, we **REINSTATE** this case on this Court's active docket, and appellant's brief is **ORDERED** to be filed no later than **30 days** from the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(2), (d). The State's appellee's brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See id.* at 38.6(b).

It is so **ORDERED**.

Judge's signature: _/s/ Laura C. Higley
                   ☒ Acting individually     ☐ Acting for the Court

Date: November 19, 2015